UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OSCAR MAURICE PEARSON,

    Plaintiff,

    v.

DAVID O. LIVINGSTON,

    Defendant.

Case No. 13-cv-02918-JST (PR)

**ORDER OF DISMISSAL**

On June 24, 2013, plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On October 16, 2013, the Court dismissed the complaint with leave to amend, explaining the deficiencies in the complaint that needed to be cured. The Court directed plaintiff to file an amended complaint within thirty days. Plaintiff was cautioned that his failure to do so would result in the dismissal of this action.

More than thirty days have passed, and plaintiff has not filed an amended complaint or otherwise communicated with the Court.

Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: December 8, 2013

_____
JON S. TIGAR
United States District Judge